Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Albert George Curtis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>        Plaintiff,<br><br>    vs.<br><br>R L M K, INC. dba MCDONALD'S RESTAURANT; JOSEPH C. COPPOLA and EILEEN M. COPPOLA, Trustees of the Coppola Family Living Trust; LINDA RIGGLE DAVIS,<br><br>        Defendants. | No.  1:12-cv-02001-AWI-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOSEPH C. COPPOLA AND EILEEN M. COPPOLA, TRUSTEES OF THE COPPOLA FAMILY LIVING TRUST AND LINDA RIGGLE DAVIS <u>ONLY</u>; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counter claim has been filed;

Plaintiff hereby respectfully requests that <u>only</u> Defendants Joseph C. Coppola and Eileen M. Coppola, Trustees of the Coppola Family Living Trust and Linda Riggle Davis be dismissed from this action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: January 22, 2013                    MOORE LAW FIRM, P.C.


                                          /s/Tanya E. Moore
                                          Tanya E. Moore
                                          Attorneys for Plaintiff Albert George Curtis

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that <u>only</u> Defendants Joseph C. Coppola and Eileen M. Coppola, Trustees of the Coppola Family Living Trust and Linda Riggle Davis are dismissed <u>without</u> prejudice from this action.

IT IS SO ORDERED.

Dated:   January 22, 2013                               _____
                                                        SENIOR  DISTRICT  JUDGE