Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Albert George Curtis

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS, | No. 1:12-cv-02001-AWI-SAB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOSEPH C. COPPOLA AND EILEEN M. COPPOLA, TRUSTEES OF THE COPPOLA FAMILY LIVING TRUST AND LINDA RIGGLE DAVIS ONLY; ORDER** |
| vs. | |
| R L M K, INC. dba MCDONALD'S RESTAURANT; JOSEPH C. COPPOLA and EILEEN M. COPPOLA, Trustees of the Coppola Family Living Trust; LINDA RIGGLE DAVIS, | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, no counter claim has been filed;

Plaintiff hereby respectfully requests that only Defendants Joseph C. Coppola and Eileen M. Coppola, Trustees of the Coppola Family Living Trust and Linda Riggle Davis be dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: January 22, 2013                                    MOORE LAW FIRM, P.C.


                                                          /s/Tanya E. Moore
                                                          Tanya E. Moore
                                                          Attorneys for Plaintiff Albert George Curtis

*Curtis v. RLMK, Inc. dba McDonald's Restaurant, et al.*
Notice of Voluntary Dismissal; Order

Page 1

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that <u>only</u> Defendants Joseph C. Coppola and Eileen M. Coppola, Trustees of the Coppola Family Living Trust and Linda Riggle Davis are dismissed <u>without</u> prejudice from this action.

IT IS SO ORDERED.

Dated:   January 22, 2013                                     _____
                                                                              SENIOR DISTRICT JUDGE