Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Albert George Curtis

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ALBERT GEORGE CURTIS,

        Plaintiff,

    vs.

R L M K, INC. dba McDONALD'S
RESTAURANT; and McDONALD'S
CORPORATION,

        Defendants.

No.  1:12-cv-02001-AWI-SAB

**NOTICE OF VOLUNTARY DISMISSAL
OF ACTION;  ORDER**

    WHEREAS, no Defendant has filed an answer or motion for summary judgment;

    WHEREAS, Plaintiff and Defendants have settled the matter amongst themselves;

    Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 12, 2013        MOORE LAW FIRM, P.C.


                    /s/Tanya E. Moore
                    Tanya E. Moore
                    Attorneys for Plaintiff Albert George Curtis

///

///

1

**ORDER**

2        Good cause appearing,

3        IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4

5

6

7    IT IS SO ORDERED.

8    Dated:   March 12, 2013        _____

9                                    SENIOR  DISTRICT  JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28