Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email:  tanya@moorelawfirm.com

Attorneys for Plaintiff
Albert George Curtis

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>R L M K, INC. dba McDONALD'S RESTAURANT; and McDONALD'S CORPORATION,<br><br>　　　　Defendants. | No.  1:12-cv-02001-AWI-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION;  ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter amongst themselves;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 12, 2013　　　　　　　　　　MOORE LAW FIRM, P.C.


　　　　　　　　　　　　　　　　　　　　/s/Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Albert George Curtis

///

///

*Curtis v. RLMK, Inc., et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order

Page 1

**ORDER**

      Good cause appearing,

      IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:  March 12, 2013

SENIOR DISTRICT JUDGE

*Curtis v. RLMK, Inc., et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order